**Motion Denied; Order filed September 27, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00050-CR**

_____

**NEILO JHARMARCUS JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1629759**

## ORDER

Appellant is represented by appointed counsel, Patricia Sedita. Appellant's brief was originally due **April 11, 2022.** We granted two extensions of time to file appellant's brief until September 12, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On September 13, 2022, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We deny the request and issue the following order.

Accordingly, we order Patricia Sedita to file a brief with the clerk of this court on or before **October 27, 2022.** If Patricia Sedita does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.